IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST JIM E. KAY, INC., T/A FERRY'S LOADING DOCK.

September 27, 1988.

Petition for certification denied.

PETER PROCANIK, ET AL. v. JOSEPH PETER CILLO, ET AL.

September 27, 1988.

Petition for certification denied.   (See 226 *N.J.Super.* 132)

DYANDRIA DAREL v. PENNSYLVANIA MANUFACTURER'S INSURANCE COMPANY, ET AL.

September 27, 1988.

Petition for certification granted.   (See 226 *N.J.Super.* 292)

STATE OF NEW JERSEY v. EDWIN ORTIZ.

September 27, 1988.

Petition for certification denied.